Case 5:16-cv-00172   Document 1-1   Filed in TXSD on 06/27/16   Page 1 of 3

2016CVF000242 D4 : Jesus Paez vs. Wellington Risk Insurance Agency Inc : Webb County Judical Informati...   Page 1 of 3



As of 6/27/2016 2:21:38 PM

## Case # 2016CVF000242 D4

**Jesus Paez vs. Wellington Risk Insurance Agency Inc**

| | |
|---|---|
| Type: | Contract |
| Date Filed: | 1/29/2016 12:00:00 AM |
| Court: | 406th District Court |
| Complaint: | Contract |

### Party Information

| Name | Affiliation |
|---|---|
| Wellington Risk Insurance Agency Inc | Defendant |
| Jesus Paez | Plaintiff |

### Attorney Information

| Name | Affiliation |
|---|---|
| James M Mcclenny | Attorney for Plantiff |

### Court Dates

| Date | Description | Status |
|---|---|---|
| 6/28/2016 2:00:00 PM | Calendar Call | Canceled |
| 4/5/2016 2:00:00 PM | Calendar Call | Postponed |

### Activity

| Date | Type | Description |
|---|---|---|
| 6/13/2016 4:18:25 PM | Disposition | Disposition entered as 601. Disposition code 601: Non Suit For WELLINGTON RISK INSURANCE AGENCY INC |
| 6/13/2016 4:18:25 PM | Case Status | Case Status changed from ACTV to DISP. Case Status ACTV: Active Case Status DISP: Disposed For WELLINGTON RISK INSURANCE AGENCY INC |
| 6/10/2016 4:03:33 PM | Answer | *IMG* DEFENDANT COMPANION PROPERTY & CASUALTY INSURANCE COMPANYS ORIGINAL ANSWER TO PLAITNIFFS FIRST AMENDED PETITION EFILED BY ATTORNEY MARILYN CAYCE VV ORDER TO CHANGE STYLE NOT YET RECEIVED. 06/10/16 VV |

**EXHIBIT A**

2016CVF000242 D4 : Jesus Paez vs. Wellington Risk Insurance Agency Inc : Webb County Judical Informati... Page 2 of 3

Case 5:16-cv-00172   Document 1-1   Filed in TXSD on 06/27/16   Page 2 of 3

| Activity | | |
|---|---|---|
| Date | Type | Description |
| 6/2/2016 11:45:00 AM | NON-SUIT | *IMG* ORDER GRANTING PLAITNIFFS' NON-SUIT WITHOUT PREJUDICE SIGNED BY JUDGE MELISSA JOY GARCIA 06/01/16 **AS TO WELLINGTON RISK INSURANCE AGENCY, INC. ONLY CERTIFIED COPIES MAILED TO ATTY AHSAN HASNANI AND GEORGE ARNOLD JLA |
| 6/1/2016 4:05:11 PM | Court Case Assignment | Court date/time: 6/28/2016 14:00 Hearing Type: 17 Clndr Call Status changed from Open to Cance |
| 6/1/2016 9:22:31 AM | Filing Papers | *IMG* PLAINTIFFS FIRST AMENDED MOTION TO RE STYLE EFILED BY ATTORNEY AHSAN HASNANI VV ORDER ATTACHED. RECEIVED AND SENT TO COURT COORDINATOR VV |
| 6/1/2016 9:14:29 AM | Motion For Non-Suit | *IMG* PLAINTIFF'S NOTICE OF NON-SUIT WITHOUT PREJUDICE ATTACHED WITH ORDER E-FILED BY ATTY AHSAN HASNANI RCVD & SENT TO COURT COORDINATOR **AS TO WELLINGTON RISK INSURANCE AGENCY, INC. ONLY JLA |
| 5/26/2016 3:49:01 PM | Telephone Call | AS PER TIFFANY, VOSS LAW FIRM, SERVICE IS NOT NEEDED AS TO COMPANION PROPERTY AND CASUALTY INSURANCE. |
| 5/26/2016 2:56:13 PM | Original Petition | *IMG* PLAINTIFFS AMENDED PETITION EFILED BY ATTORNEY JAMES MCCLENNY VV AS PER PHONE CONVERSATION WITH TIFFANY, VOSS LAWFIRM, MOTION TO CHANGE STYLE OF CASE ALONG WITH ORDER, WILL BE FILED. VV |
| 4/5/2016 2:32:00 PM | Hearing | CASE CALLED, JUDGE OSCAR J. HALE, JR. PRESIDING, DAVID LAUREL COURT REPORTER. CASE SET FOR CALENDAR CALL HEARING. NO ONE PRESENT. CASE RESET FOR 06/28/16 TO PERFECT SERVICE. JLA |
| 4/5/2016 7:42:27 AM | Court Case Assignment | Court date/time: 6/28/2016 14:00 Hearing Type: 17 Clndr Call Assignment of court date/time. Status entered as Open |
| 4/5/2016 7:42:15 AM | Court Case Assignment | Court date/time: 4/05/2016 14:00 Hearing Type: 17 Clndr Call Status changed from Open to Post/ |
| 4/4/2016 9:00:33 AM | Filing Papers | *IMG* LETTER DATED APRIL 4, 2016 REQUESTING RESET TO A LATER DATE. MG |
| 3/15/2016 9:28:00 AM | Notices of Hearing | *IMG* TELEFAX TRANSMITTAL SHEET (COPY OF NOTICE FROM COURT - CALENDAR CALL SET FOR 04/05/16 @ 2 PM - BLANK PRE-TRIAL GUIDELINE ORDER ATTACHED) FAXED BY COURT COORDINATOR TO ATTY JAMES M. MCCLENNY JLA |
| 2/1/2016 3:13:21 PM | Issuance | *IMG* (2)CITATIONS ISSUED AS TO WELINGTON RISK INSURANCE ANGENCY INC. AND HELD BY CLERK (DV) WAITING FOR A SELF ADDRESSED STAMPED ENVELOPE FROM ATTORNEY MCCLENNY. (DV) 4/28/2016 CITATIONS HAND DELIVERED TO BRITTENE WILSON, FROM THE VOSS LAW FIRM. (DV) |
| 2/1/2016 11:05:23 AM | Jury Fee | JURY DEMAND REQUESTED AND PAID BY ATTORNEY JAMES MCCLENNY. |
| 2/1/2016 11:03:50 AM | Notes | *IMG* FAXED CALENDAR CALL TO ATTORNEY JAMES MCCLENNY AND ATTACHED A COPY TO THE CITATIONS ISSUED. (DV) |

2016CVF000242 D4 : Jesus Paez vs. Wellington Risk Insurance Agency Inc : Webb County Judical Informati... Page 3 of 3

Case 5:16-cv-00172   Document 1-1   Filed in TXSD on 06/27/16   Page 3 of 3

| Activity | | |
|---|---|---|
| Date | Type | Description |
| 2/1/2016 10:54:04 AM | Court Case Assignment | Court date/time: 4/05/2016 14:00 Hearing Type: 17 Clndr Call Assignment of court date/time. Status entered as Open |
| 1/29/2016 8:49:41 AM | Case Status | Case Status entered as ACTV. Case Status ACTV: Active For WELLINGTON RISK INSURANCE AGENCY INC |
| 1/29/2016 8:49:41 AM | Complaint | *IMG* CONTRACT |

**For more information, please contact the Webb County District Clerks (956-523-4268) or County Clerks (956-523-4266) office.**

