IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| JESUS PAEZ, *Plaintiff*, | § § § | |
| vs. | § § | CASE NO. 5:16-cv-00172 |
| WELLINGTON RISK INSURANCE AGENCY, INC. *Defendant.* | § § § § | JURY TRIAL DEMANDED |

## RULE 41(a) JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, through undersigned counsel, Plaintiff Jesus Paez and Defendant Wellington Risk Insurance Angency, Inc., who hereby stipulate and agree that this matter has been resolved, and that the above-referenced cause may be dismissed with prejudice, with each party hereto to bear its own costs and expenses. Accordingly, both parties pray that this Honorable Court issue an Order reflecting the same.

AGREED AND APPROVED AS TO FORM AND SUBSTANCE:

*[signature]*

Taylor Elliott
Texas Bar No. 24097652
Southern Bar No. 2782986
The Voss Law Firm, P.C.
The Voss Law Center
26619 Interstate 45
The Woodlands, Texas 77380
Telephone: (713) 861-0015
Facsimile: (713) 861-0021
taylor@vosslawfirm.com

COUNSEL FOR PLAINTIFF

*[signature]*

George H. Arnold
State Bar No. 00783559
Southern Bar No. 15948
Marilyn S. Cayce
State Bar No. 13057620
Southern Bar No. 9986
One Riverway, Suite 1400
Houston, Texas 77056
Telephone: (713) 403-8210
Facsimile: (713) 403-8299
E-mail: mcayce@thompsoncoe.com
E-mail: garnold@thompsoncoe.com

COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2016, a true and correct copy of the foregoing was served on all counsel of record, via the Court's electronic filing system, pursuant to Federal Rules of Civil Procedure 5(b), as follows:

George H. Arnold
State Bar No. 00783559
Southern Bar No. 15948
Marilyn S. Cayce
State Bar No. 13057620
Southern Bar No. 9986
One Riverway, Suite 1400
Houston, Texas 77056
Telephone: (713) 403-8210
Facsimile: (713) 403-8299
E-mail: mcayce@thompsoncoe.com
E-mail: garnold@thompsoncoe.com

/s/ *Taylor Elliott*
J. Taylor Elliott