United States District Court
Southern District of Texas
**ENTERED**
December 21, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| JESUS PAEZ, | § | |
|     *Plaintiff*, | § | |
| | § | |
| vs. | § | CASE NO. 5:16-cv-00172 |
| | § | |
| WELLINGTON RISK INSURANCE | § | |
| AGENCY, INC. | § | JURY TRIAL DEMANDED |
|     *Defendant*. | § | |

### ORDER

Considering the foregoing Rule 41(a) Joint Stipulation of Voluntary Dismissal,

IT IS ORDERED that the above-entitled cause is hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs and expenses.

SIGNED AND ENTERED this 21st day of December, 2016.

_____
United States District Judge
**Diana Saldaña**